AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# United States District Court
## for the
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | Case No. 8:03-CR-303-T-24MAP |
| VS.  ) | USM No. 41311-018 |
| ) | |
| MARK KEITH GRAY  ) | |
| ) | |

Date of Previous Judgment: March 3rd, 2004          James T. Skuthan, AFPD
                                                    Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C.§ 3582(c)(2)**

Upon motion of the Court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive the United States Sentencing Commission pursuant to 28 U.S.C.§ 994(u), and having considered such motion,
**IT IS ORDERED** that the motion is :
      GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of NINETY-SEVEN(97) months **is reduced to NINETY (90) MONTHS. If this sentence exceeds the amount of time the Defendant has already served, the sentence is reduced to a time served sentence.**

**I.   COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 15 | Amended Offense Level: | 13 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 37 to 46 months | Amended Guideline Range: | 30 to 37 months |

**II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X     The reduced sentence is within the amended guideline range.

**III. ADDITIONAL COMMENTS:**
      Defendant was sentenced to 97 months. Sentence consisted of 37 months as to Count One and a **consecutive** term of 60 months as to Count Three.

Except as provided above, all provisions of the judgment dated   March 3rd, 2004   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:    March 7th, 2008

Effective Date: March 17th, 2008              SUSAN C. BUCKLEW
                                              United States District Judge

RECEIVED

08 MAR 10 PM 1:24

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA